1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT
8                     SOUTHERN DISTRICT OF CALIFORNIA
9                     **(HONORABLE DANA M. SABRAW)**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.:  22CR2446-DMS |
| 12             Plaintiff, | |
| 13        v. | **ORDER TO CONTINUE MOTION HEARING** |
| 14  **Israel Felix-Garcia**, | |
| 15             Defendant. | |

16

17        **IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion

18   Hearing scheduled for November 10, 2022 to December 09, 2022 at 11:00 a.m.. be

19   granted. It is further ordered that time is excluded from the Speedy Trial Act in the

20   interest of justice, pursuant to 18 U.S.C. § 3161(h)(1) (D) and (h)(7)(A).

21

22   DATED:   11/07/22         _____

23                            **Honorable Dana M. Sabraw**
                              United States Chief District Judge

24
25
26
27
28